UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

            Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2020

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 9, is GRANTED. The initial pretrial conference scheduled for April 23, 2020, is ADJOURNED to **June 4, 2020**, at **1:00 p.m.** By **May 28, 2020**, the parties shall file their joint letter and proposed case management plan.

    The Clerk of Court is directed to terminate the motion at ECF No. 9.

    SO ORDERED.

Dated: April 13, 2020
       New York, New York

                                              ANALISA TORRES
                                         United States District Judge