```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MICHAEL ADAMS,

                        Plaintiff,
        -against-                                   20 Civ. 1523 (AT)

MENEMSHA CORP., MUZAFFER OZAK, and                  ORDER
LEX HIXON ARCHIVE FOUNDATION, INC.,

                        Defendants.
```

ANALISA TORRES, District Judge:

    On April 13, 2020, the Court ordered the parties to submit a joint status letter and proposed case management plan by May 28, 2020. ECF No. 10. Those submissions are now overdue. Accordingly, it is ORDERED that the parties shall file their joint letter and proposed case management plan by **June 1, 2020**.

    SO ORDERED.

Dated: May 29, 2020
       New York, New York

_____<br>
ANALISA TORRES<br>
United States District Judge