USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/1/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                Defendants.

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 14, is GRANTED. The initial pretrial conference scheduled for April 4, 2020, is ADJOURNED to **July 16, 2020**, at **11:00 a.m.** The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827. By **July 9, 2020**, the parties shall submit their joint status letter and proposed case management plan.

    Plaintiff need not obtain leave of court to seek a certificate of default from the Clerk of Court. *See* Fed. R. Civ. P. 55(a); SDNY Local Rule 55.1

    The Clerk of Court is directed to terminate the motion at ECF No. 14.

    SO ORDERED.

Dated: June 1, 2020
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge