UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                              Plaintiff,

          -against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/10/2020

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 Plaintiff's motion to adjourn the initial pretrial conference, ECF No. 16, is GRANTED. The initial pretrial conference scheduled for July 16, 2020, is ADJOURNED to **August 31, 2020,** at **11:40 a.m.**  The conference shall proceed telephonically; the parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

 By **August 24, 2020**, either Plaintiff shall submit his anticipated motion for default judgment, or the parties shall submit their joint status letter and proposed case management plan.

 The Clerk of Court is directed to terminate the motion at ECF No. 16.

 SO ORDERED.

Dated: July 10, 2020
  New York, New York

_____
ANALISA TORRES
United States District Judge