UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                        Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2020
```

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference scheduled for August 31, 2020 is ADJOURNED *sine die*. By **September 4, 2020**, Plaintiff shall submit his motion for default judgment. The parties are directed to disregard the order at ECF No. 25.

    SO ORDERED.

Dated: August 27, 2020
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge