```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/8/2020___
```

MICHAEL ADAMS,

                Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                Defendants.

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 4, 2020, Plaintiff filed a motion for default judgment. ECF No. 27. That motion did not comply with Rule III(M) and Attachment A of the Court's Individual Practices in Civil Cases, which require, among other things: (1) a motion brought on by proposed order to show cause; (2) an affidavit or declaration <u>signed by a party with personal knowledge (i.e. not the attorney in the action except in limited circumstances)</u>, which sets forth a statement of proposed damages and the basis for each element of damages; (3) a separate affidavit stating the basis for default judgment, among other matters; and (4) a proposed default judgment, a certificate of default, copies of the pleadings, and the affidavit of service for the summons and complaint, all attached to the second affidavit.

      Accordingly, Plaintiff's motion is DENIED. It is ORDERED that by **September 21, 2020**, Plaintiff shall submit a renewed motion for default judgment that complies with the Court's Individual Practices in Civil Cases.

      The Clerk of Court is directed to terminate the motion at ECF No. 27.

      SO ORDERED.

Dated: September 8, 2020
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge