USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/28/2020

**MARIA-COSTANZA BARDUCCI**
**BARDUCCI LAW FIRM, P.**
5 WEST 19TH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10011
TELEPHONE: 212-433-2554

**October 27, 2020**

**VIA ECF**
The Honorable Analisa Torres
United States Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Michael Adams v. Menemsha Corp., Muzaffer Ozak and Lex Hixon Archive Foundation Inc.*, Civil Action No.: 20-cv-01523-AT
    Letter-Motion for Extension of Time to Move for Default Judgment per DE#36

Dear Judge Analisa Torres:

  I represent the Plaintiff in the above-referenced matter.

  The Court entered and Order [D.E. 36] requiring the Plaintiff to re-apply for a Default Final Judgment no later than October 27, 2020.

  The Plaintiff is in the process of putting together the records and documentation for costs and time entries to amend and submit the revised declaration and proposed orders in compliant with Rule III., m., of this Court's Individual Rule in Civil Cases.

  Undersigned needs an additional week to compile, complete, and submit this information and documentation necessary to obtain the Default Final Judgment (through November 4, 2020) pursuant to this Court's Individual Rules.

  Thank you for your consideration.

Respectfully Submitted,

BARDUCCI LAW FIRM

s/Maria Costanza Barducci, Esq.
MARIA COSTANZA BARDUCCI, ESQ.

cc: Via CM/ECF Only

---

GRANTED. By **November 4, 2020**, Plaintiff shall submit his renewed motion for default judgment.

SO ORDERED.

Dated: October 28, 2020
   New York, New York

_____
ANALISA TORRES
United States District Judge