UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/13/2020
```

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 4, 2020, Plaintiff moved by order to show cause for default judgment against Defendant. ECF No. 39–40. In support, Plaintiff submitted an affidavit with accompanying exhibits, a statement of damages, and a proposed default judgment (the "Supporting Papers"). ECF Nos. 43–44. Accordingly:

1. On **January 14, 2021**, at **11:00 a.m.**, Defendants shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **November 19, 2020**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers at ECF Nos. 43–44 by first-class mail and service on the Secretary of State under N.Y. Business Corp. Law § 306.

3. By **November 21, 2020**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **December 10, 2020**, Defendants shall respond to Plaintiff's motion.

5. By **December 17**, 2020 Plaintiff shall submit his reply, if any.

SO ORDERED.

Dated: November 13, 2020
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge