USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/4/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL ADAMS,

                Plaintiff,

-against-

MENEMSHA CORP., MUZAFFER OZAK, and
LEX HIXON ARCHIVE FOUNDATION, INC.,

                Defendants.

20 Civ. 1523 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 13, 2020, the Court ordered Plaintiff to file on the docket proof of service on Defendants of the order to show cause why a default judgment should not be entered and supporting documents by November 21, 2020. ECF No. 45. That submission is now overdue. Therefore, by **January 7, 2021**, Plaintiff shall file proof of service on the docket in accordance with ECF No. 45.

    SO ORDERED.

Dated: January 4, 2021
       New York, New York

                                        ANALISA TORRES
                                    United States District Judge